UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**

    Plaintiff,

v.

**Leigh H Rovzar Jr;** and Does 1-10,

    Defendants.

Case No.: 2:14−cv−00253−MCE−AC

**ORDER ON APPLICATION TO CONTINUE SCHEDULING CONFERENCE**

Complaint Filed:  January 27, 2014
Trial Date:  N/A

    Having read and considered Plaintiff's second Application to Continue Scheduling Conference, ECF No. 7, the Court grants Plaintiff's request to continue the filing deadline for the Joint Status Report, which is made on grounds that defense counsel has changed. Within 40 (forty) days of the electronic filing of this Order, the parties are ORDERED to confer as required by Fed. R. Civ. P. 26(f) and to prepare and submit to the Court a joint status report as outlined in this Court's Order Requiring a Joint Status Report, ECF No. 3 at 2-3.

    IT IS SO ORDERED.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

-1-